# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ENWRIGHT, an individual; and MELISSA ENWRIGHT, an individual,<br><br>         Plaintiffs,<br><br>v.<br><br>JON MILLER REALTY, INC., a California Corporation; et al.,<br><br>         Defendants. | Case No.: 3: 18-cv-0072-H-NLS<br><br>**ORDER:**<br><br>**(1) GRANTING JOINT MOTION TO REMAND REMOVED ACTION; and**<br><br>[Doc. No. 10]<br><br>**(2) DENYING AS MOOT DEFENDANTS' MOTION TO DISMISS AND MOTION TO STRIKE**<br><br>[Doc. Nos. 2, 3] |

  On January 11, 2018, Defendants removed this action to federal court. (Doc. No. 1.) On January 18, 2018, Defendants Kathleen Schaeffer and Paul Schaeffer filed a motion to dismiss and a motion to strike. (Doc. Nos. 2, 3.) On February 2, 2018, the parties filed a joint motion to remand removed action to San Diego County Superior Court. (Doc. No. 10.) The parties have agreed that Plaintiffs will dismiss their federal Fair Housing Act claims without prejudice and that Defendants will stipulate to remand. (Id.) The parties

also agree that, if Plaintiffs re-allege a cause of action arising out of the Fair Housing Act, this Court will have original jurisdiction. (Id.) Exercising its sound discretion, the Court **GRANTS** the motion to remand. Additionally, the Court **DENIES** as moot the motion to dismiss and the motion to strike. (Doc. Nos. 2, 3.) The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: February 7, 2018

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT